```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | | |
|---|---|---|
| JENNIFER L. MILLER, | * | |
| Plaintiff, | * | |
| vs. | * | |
| GEORGIA DEPARTMENT OF COMMUNITY SUPERVISION, SEAN CARROLL THOMPSON, JOSEPHINE FORD, and MICHAEL W. NAIL | * * * | CASE NO. 4:20-CV-2 (CDL) |
| Defendants. | * | |

**JUDGMENT**

The Court previously granted the motion to dismiss official capacity claims against Josephine Ford and Michael Nail, which are construed as claims against their employer, the Georgia Department of Community Supervision. Order (Dec. 16, 2020), ECF No. 23. The Court also previously granted summary judgment to Josephine Ford and Michael Nail in their individual capacities. Order (Aug. 24, 2022), ECF No. 55. Final judgment is hereby entered in favor of Josephine Ford, Michael Nail, and the Georgia Department of Community Supervision. Plaintiff shall recover nothing from these Defendants. The parties shall bear their own costs as to these claims.

Based upon Defendant Thompson's default, the evidentiary hearing on damages held today, and the findings made at the hearing, the Court enters final judgment in favor of Plaintiff

and against Defendant Sean Carroll Thompson in his individual capacity in the amount of $250,000.00.  Plaintiff shall recover these damages plus her costs from Defendant Sean Carroll Thompson.  Interest shall accrue on the judgment at the legal rate.

    IT IS SO ORDERED, this 18th day of October, 2022.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA